■ LOUISE GASKIN, Individually and as Adminstratrix of the Estate of BRIGETTE N. GASKIN, Deceased, Respondent, v ARTHUR J. FOSTER et al., Defendants, and JOSEPH A. LESZCZYN-SKI et al., Appellants. [665 NYS2d 364] —Order unanimously affirmed without costs. Same Memorandum as in *Krampen v Foster* (242 AD2d 913 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Michalek, J.—Summary Judgment.) Present—Green, J. P., Lawton, Wisner, Balio and Boehm, JJ.